Debbie P. Kirkpatrick, Esq. (SBN 207112)
Albert R. Limberg, Esq. (SBN 211110)
SESSIONS, FISHMAN, NATHAN & ISRAEL, L.L.P.
3667 Voltaire Street
San Diego, CA 92106-1253
Tel: 619/758-1891
Fax: 619/222-3667
dkirkpatrick@sessions-law.biz
alimberg@sessions-law.biz

Attorney for NCO Financial Systems, Inc.

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CAITLIN SWICK, | Case No. 2:09-CV-00334-FCD-GGH |
| Plaintiff, | STIPULATION AND ORDER TO DISMISS WITH PREJUDICE |
| vs. | |
| NCO FINANCIAL SYSTEMS, INC., | |
| Defendant. | |

Plaintiff, CAITLIN SWICK, filed the present action against NCO FINANCIAL SYSTEMS, INC. ("NCO") on February 5, 2009. NCO filed its responsive pleading on March 9, 2009. The parties subsequently resolved the action in its entirety. As part of said resolution, the parties agree to dismiss the entire action with prejudice. The court is to retain jurisdiction for purposes of enforcement of the settlement.

IT IS HEREBY STIPULATED by and between the parties to this action through their designated counsel that the above captioned action is dismissed with prejudice pursuant to Fed. R. Civ. Pro. 41.

Dated: 4/27/09                KROHN & MOSS, LTD.

/s/ Ryan Lee
Ryan Lee,
Attorney for Plaintiff,
Caitlin Swick

Dated: 4/27/09                SESSIONS, FISHMAN, NATHAN & ISRAEL, L.L.P.

/s/Debbie P. Kirkpatrick
Debbie P. Kirkpatrick,
Attorney for Defendant,
NCO Financial Systems, Inc.

**IT IS SO ORDERED.**

Dated: April 28, 2009

_____
FRANK C. DAMRELL, JR.
UNITED STATES DISTRICT JUDGE